UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO LOPEZ, SR., et al., | Case No. 19-cv-02639-SVK |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: May 16, 2019

SUSAN VAN KEULEN
United States Magistrate Judge