PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| FERNANDO LOPEZ, SR., individually and as successor-in-interest to Decedent ISAI LOPEZ; MARIA ESCOBEDO RAMIREZ, individually and as successor-in-interest to Decedent ISAI LOPEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a municipal corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No. 19-CV-02639 EJD<br><br>**PLAINTIFF'S STATUS REPORT**<br><br><br><br>Honorable Edward J. Davila |

　　　Plaintiff Fernando Lopez, Sr. is still looking for a counsel to retain to take over his case.


Dated: Nov. 8, 2021　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: /s/Patrick Buelna
　　　　　　　　　　　　　　　　　　　　　　PATRICK M. BUELNA

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs